1 | **MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
2 | Cody R. Kennedy, Esq. (SBN 296061)
3 | 29229 Canwood Street, Suite 208
Agoura Hills, California   91301
4 | Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
5 | ssaltzman@marlinsaltzman.com
6 | ckennedy@marlinsaltzman.com

7 | **NARAYAN LAW, APC**
Santosh Narayan, Esq. (SBN 243273)
8 | 225 South Lake Avenue, Suite 300
9 | Pasadena, California   91101
Telephone:     (626) 432-5435
10 | Facsimile:      (626) 657-2921
snarayan@narayanlegal.com
11 |

12 | Attorneys for Plaintiff MICHAEL J. MARLEY
and the Proposed Class
13 |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL J. MARLEY, an individual, on behalf of himself and all others similarly situated, | **CASE NO:  3:16-CV00947-LB** |
| | **CLASS ACTION** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER FOR NOTICE OF VOLUNTARY DISMISSAL** |
| VIA INTERNATIONAL, INC., a Delaware Corporation (D/B/A The Digital Concierge); DSI ENTERTAINMENT SYSTEMS, INC., a California corporation; STEARNS ENTERPRISES, INC., a California corporation (D/B/A Engineered Environments), and DOES 1-10 inclusive, | |
| Defendants. | |

[PROPOSED] ORDER

This action shall be dismissed **with prejudice** as to Plaintiff Michael J. Marley pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

As to all plaintiffs similarly situated (e.g. the Plaintiff Class), this action shall be dismissed **without prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Each side to bear its own costs.


**IT IS SO ORDERED.**

DATED: _September 12, 2016_ 　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　United States Magistrate Judge Laurel Beeler

1

**[PROPOSED] ORDER FOR NOTICE OF VOLUNTARY DISMISSAL**
